IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>              Plaintiff/Counter-Defendant,<br><br>vs.<br><br>S.D. HELGESON, INC., SRKM, INC., and DOES 1-5,<br><br>              Defendants/Counter-Claimants. | CV 19-129-BLG-TJC<br><br>**ORDER** |

Applicants for Intervention Stephen and Marilyn Kramer ("Kramer") filed a Motion to Intervene as Defendant-Intervenor pursuant to Fed. R. Civ. P. 24 to intervene in the above-captioned case. (Doc. 11.)

There being no objection from any party, and it appearing the Kramer's have met Rule 24's requirements for intervention,

IT IS ORDERED that Kramer's Unopposed Motion to Intervene as Defendant-Intervenor (Doc. 11) is GRANTED.

DATED this 4th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge