## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>               Plaintiff/Counter-Defendant,<br><br>vs.<br><br>S.D. HELGESON, INC., SRKM, INC., and DOES 1-5,<br><br>               Defendants/Counter-Claimants. | CV 19-129-BLG-TJC<br><br><br>**ORDER REGARDING PRELIMINARY PRETRIAL CONFERENCE** |

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference scheduled for April 2, 2020 at 11:00 a.m. shall be converted to a telephonic Conference. All counsel shall use the Court's conferencing system to participate in the Conference:

1.    Dial 1-877-848-7030

2.    Enter Access Code 5492555 #

DATED this 16th day of March, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge