IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>　　　　Plaintiff/Counter-Defendant,<br><br>vs.<br><br>S.D. HELGESON, INC., SRKM, INC., DOES 1-5, and STEPHEN and MARILYN KRAMER,<br><br>　　　　Defendants/Counter-Claimants/Defendant-Intervenors. | CV 19-129-BLG-TJC<br><br>**ORDER** |

Before the Court is Defendant-Intervenors Stephen and Marilyn Kramer's ("Kramers") motion to stay summary judgment proceedings, for extension to file a response brief, and for status conference. (Doc. 31.) The motion is opposed, and Plaintiff Employers Mutual Casualty Company has filed a response. (Doc. 34.) Kramers have not had the opportunity to file a reply. To allow Kramers the opportunity to reply and for the Court to consider the motion, briefing on Plaintiff's motion for summary judgment will be temporarily stayed.

/ / /

/ / /

Therefore, IT IS HEREBY ORDERED that the briefing on Plaintiff's motion for summary judgment (Doc. 30) is temporarily STAYED pending the resolution of Kramers' motion to stay (Doc. 31).

DATED this 31st day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge