UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>           Plaintiff,<br><br>  vs.<br><br>S.D. HELGESON, INC., D/B/A STAN HELGESON HOMES; SRKM, INC. D/B/A HELGESON HOMES; AND DOES 1-5,<br><br>           Defendants,<br><br>  vs.<br><br>STEPHEN AND MARILYN KRAMER,<br><br>           Intervenor-Defendants. | Case No. CV-19-129-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 52) Kramers' Motion to Dismiss (Doc 41) is Granted, without prejudice.

Dated this 13th day of October 2021.

                TYLER P. GILMAN, CLERK

                By: /s/ Heidi Gauthier
                Heidi Gauthier, Deputy Clerk